U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 1 8 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Lillie Mae Williams
P.O. Box 6964, Albany NY 12206
Plaintiff(s)

vs.

Defendant(s)
U.S. Internal Revenue Refunds

Civil Case No.: 1:11-cv-438 DNH/DRH

CIVIL COMPLAINT
PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT,
AS AMENDED

Plaintiff(s) demand(s) a trial by: ___ JURY  ✓ COURT   (Select **only** one).

## JURISDICTION

1. Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2. Plaintiff: Lillie Mae Williams - SSN 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

   Address: P.O. Box 6964
   Albany New York
   12206

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: United States Internal Revenue Refunds

   Official Position: Federal Income Tax

   Address: United States Dept of Treasury
   Internal Revenue Service
   Andover, MASS 05501

8.                          **FACTS**

Set forth the facts of your case which substantiate your claims. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

In 1982 I Filed A Federal Tax Return At the Federal Building in Newark New Jersey For the year 1981 I had worked, 1040A I Received A Refund check in the Amount of Twelve Hundred And fifty Dollars in 1982 I Placed this check in My Safe Deposit Box At A Bank in Newark N.J, this check was stolen out of My Box At the Bank, I informed the Federal Tax For Replacement, the IRS still did Not Replace My check, AN Amended Tax Return was Filed in 1989 this check was due two Hundred Fifty Dollars, I Did Not Receive.

**CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

The IRS took over (10) Ten years to get Me A copy of this check that had been Cashed And My signature Stamped, Along with A Co-Signer on the Back of this check For Twelve Hundred and fifty Dollars, the check From the Amended Tax Return Refund was Never Receive by Me

15.   **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

The Internal Revenue Federal tax Refund give me Replacement For Both checks that I Never Cashed. Open My Case at the court that was Filed in 2004 Regarding these Refund checks Appoint A legal attorney that's License to Handle My Case

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 14th 2011

Lillie Mae Williams

*Lillie Williams*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

## SECOND CAUSE OF ACTION

The U.S. Court take Action on the Internal Revenue Federal Tax Refund to Replace All other Refund checks including the Audit in 1960's And the Balance of the Rebate checks sent in 2000 All other Money due in Refunds,

## THIRD CAUSE OF ACTION

Appoint AN Attorney to Handle my Case For me, Forms Has Already been Filed Along with the Complaint Filed in 2000 Contact me Here Also At 425 Second St, N,W, Washington D,C, 20001 And at my P.O. Box in Albany NY

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or ~~Equal Employment Opportunity Commission regarding~~ the alleged discriminatory acts on or about: State Attorney General Consumer

    1998
    (Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter, **(copy attached)** which was received by me on or about: Did Not File with EEOC

    Did Not File
    (Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, ~~employment agency, or labor organization~~ within the meaning of 42 U.S.C. § 2000e(b), (c), or (d). U.S. Agency Internal Revenue Income tax

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g). UNKNOWN

Lillie Mae Spillman
P.O. Box 6964
Albany, New York 12206

United States District Court
Northern District of New York
Clerk of Court, Civil Division
445 Broadway
Albany, New York 12201